UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| STEPHANIE THOMAS, | ) | |
| Petition, | ) | Civil No. 5:23-cv-00051-GFVT |
| v. | ) | |
| DAVID PAUL, Warden, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Stephanie Thomas' petition for a writ of habeas corpus **[R. 1]** is **DENIED** without prejudice.

2. This matter is **STRICKEN** from the docket.

This the 21st day of February 2023.

Gregory F. Van Tatenhove
United States District Judge